1   EMARD, DANOFF, PORT & TAMULSKI, LLP
    Eric Danoff (State Bar #60915)
2   49 Stevenson Street, Suite 400
    San Francisco, CA 94105
3   Telephone:    415-227-9455
    Facsimile:    415-227-4255
4   E-Mail:       edanoff@edptlaw.com

5   Attorneys for Plaintiff
    PRECIOUS WISHES LIMITED
6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  PRECIOUS WISHES LIMITED,                No.: **C 05 3558**

12          Plaintiff,                      **APPLICATION AND [PROPOSED]**
                                            **ORDER APPOINTING PRIVATE**
13      vs.                                 **PROCESS SERVER TO SERVE**
                                            **PLEADINGS**
14  SEAPLUS LINE CO. LTD.,
                                            FRCP, Supp. Adm. Rule B(1)(d)(ii)
15          Defendant.                      Admiralty Local Rule 4-3

16

17          Plaintiff Precious Wishes Limited requests the Court to order that a registered process

18  server employed by Attorney Service of San Francisco who is over 18 years of age be appointed

19  to serve the Complaint, Process of Maritime Attachment and Garnishment, and other pleadings

20  in this action. This is authorized by FRCP, Supp. Adm. Rule B(1)(d)(ii) and Admiralty L.R. 4-3.

21  The granting of this request will result in expediting the service of the pleadings and in relieving

22  the U.S. Marshal of the burden of serving them. The attachment and garnishment is an attempt

23  to seize funds, credits, bank accounts, and similar assets of the Defendant, who cannot be found

24  within this District and who has every incentive to remove the assets before the attachment

25  ///

26  ///

27  ///

28

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

                                        - 1 -
APPLICATION AND ORDER APPOINTING PRIVATE PROCESS SERVER TO SERVE PLEADINGS
Case No.
G:\24147 179\Pleadings\Appl Private Process Server.doc

1 | and garnishment can be served.  It is desirable to expedite service of process to prevent such

2 | asserts from being removed from this Court's jurisdiction.

3 | DATED:  September 2, 2005        EMARD, DANOFF, PORT & TAMULSKI LLP

4 |

5 | By _____

6 | Eric Danoff
    Attorneys for Plaintiff
    PRECIOUS WISHES LIMITED

7 |

8 | **ORDER APPOINTING PRIVATE PROCESS SERVER**

9 |     IT IS HEREBY ORDERED THAT a registered process server employed by

10 | Attorney Service of San Francisco who is over 18 years of age may serve the Complaint, Process

11 | of Maritime Attachment and Garnishment, and other pleadings in this action in lieu of service by

12 | the U.S. Marshal.

13 |

14 |

15 | DATED:  September 6 , 2005

16 | U.S. District Judge

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

APPLICATION AND ORDER APPOINTING PRIVATE PROCESS SERVER TO SERVE PLEADINGS
Case No.
G:\24147.179\Pleadings\Appl Private Process Server.doc