| | |
|---|---|
| 1 | EMARD, DANOFF, PORT & TAMULSKI, LLP |
|  | Eric Danoff (State Bar #60915) |
| 2 | 49 Stevenson Street, Suite 400 |
|  | San Francisco, CA 94105 |
| 3 | Telephone: 415-227-9455 |
|  | Facsimile: 415-227-4255 |
| 4 | E-Mail: edanoff@edptlaw.com |
| 5 | Attorneys for Plaintiff |
|  | PRECIOUS WISHES LIMITED |

**FILED** SEP 0 6 2005 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA E-Filing

RECEIVED 05 SEP -2 PH 12:28 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BZ

PRECIOUS WISHES LIMITED,

    Plaintiff,

vs.

SEAPLUS LINE CO. LTD.,

    Defendant.

No.: C 05 3558

**APPLICATION AND [PROPOSED] ORDER APPOINTING PRIVATE PROCESS SERVER TO SERVE PLEADINGS**

FRCP, Supp. Adm. Rule B(1)(d)(ii)
Admiralty Local Rule 4-3

    Plaintiff Precious Wishes Limited requests the Court to order that a registered process server employed by Attorney Service of San Francisco who is over 18 years of age be appointed to serve the Complaint, Process of Maritime Attachment and Garnishment, and other pleadings in this action. This is authorized by FRCP, Supp. Adm. Rule B(1)(d)(ii) and Admiralty L.R. 4-3. The granting of this request will result in expediting the service of the pleadings and in relieving the U.S. Marshal of the burden of serving them. The attachment and garnishment is an attempt to seize funds, credits, bank accounts, and similar assets of the Defendant, who cannot be found within this District and who has every incentive to remove the assets before the attachment

///

///

///

- 1 -

APPLICATION AND ORDER APPOINTING PRIVATE PROCESS SERVER TO SERVE PLEADINGS
Case No.
G:\24147.179\Pleadings\Appl Private Process Server.doc

1  and garnishment can be served. It is desirable to expedite service of process to prevent such
2  asserts from being removed from this Court's jurisdiction.
3  DATED: September 2, 2005          EMARD, DANOFF, PORT & TAMULSKI LLP

5  By _____
      Eric Danoff
6     Attorneys for Plaintiff
      PRECIOUS WISHES LIMITED

8  **ORDER APPOINTING PRIVATE PROCESS SERVER**

9  IT IS HEREBY ORDERED THAT a registered process server employed by
10 Attorney Service of San Francisco who is over 18 years of age may serve the Complaint, Process
11 of Maritime Attachment and Garnishment, and other pleadings in this action in lieu of service by
12 the U.S. Marshal.

15 DATED: September 6, 2005          _____
                                       U.S. District Judge

- 2 -
APPLICATION AND ORDER APPOINTING PRIVATE PROCESS SERVER TO SERVE PLEADINGS
Case No.
G:\24147.179\Pleadings\Appl Private Process Server.doc