EMARD, DANOFF, PORT & TAMULSKI LLP
Eric Danoff (State Bar #60915)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: edanoff@edptlaw.com

Attorneys for Plaintiff
PRECIOUS WISHES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRECIOUS WISHES LIMITED,

    Plaintiff,

vs.

SEAPLUS LINE CO. LTD.,

    Defendant.

No.: C 05 3558

PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA:

WHEREAS Plaintiff has filed a verified Complaint stating a maritime cause of action against defendant Seaplus Line Co. Ltd. ("Seaplus"), alleging that Seaplus is liable to Plaintiff in the amount of $492,617.75, and praying for issuance of maritime attachment and garnishment; and

WHEREAS the Complaint is supported by Declarations stating that Seaplus cannot be found in this District;

NOW, THEREFORE, we empower and command you to attach and take into possession the property of Seaplus in the hand of the following garnishee, up to the amount of $492,617.75:

Funds, credits, bank accounts, electronic funds transfers, and other assets belonging to Seaplus and/or to which Seaplus is entitled, which are located at or held by Union Bank of

- 1 -

PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT
Case No.
G:\24147.179\Pleadings\Attachment.doc

Dockets.Justia.com

1  California, 400 California Street, San Francisco, California 94104, or which Union Bank holds
2  as a fiduciary for Seaplus.
3      Upon order of the Court pursuant to the Federal Rules of Civil Procedure, Supplemental
4  Admiralty Rule B(1)(d)(ii), a private party may serve this process and other pleadings in this
5  action in lieu of service by you.
6  DATED: September __, 2005      Clerk, United States District Court
                                                   for the Northern District of California

By _____
    Deputy Clerk

- 2 -
PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT
Case No.
G:\24147.179\Pleadings\Attachment.doc

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105