1   EMARD, DANOFF, PORT & TAMULSKI LLP **FILED**
    Eric Danoff (State Bar #60915)
2   49 Stevenson Street, Suite 400                    SEP 0 6 2005
    San Francisco, CA 94105
3   Telephone:    (415) 227-9455            RICHARD W. WIEKING
    Facsimile:    (415) 227-4255         CLERK, U.S. DISTRICT COURT
4   E-Mail:    edanoff@edptlaw.com     NORTHERN DISTRICT OF CALIFORNIA
                                               **E-Filing**
5   Attorneys for Plaintiff
    PRECIOUS WISHES LIMITED
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                                    **C No.: 05 3558**

11  PRECIOUS WISHES LIMITED,

12            Plaintiff,            **PROCESS OF MARITIME
                                    ATTACHMENT AND GARNISHMENT**
13       vs.

14  SEAPLUS LINE CO. LTD.,

15            Defendant.

16

17  TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF

18  CALIFORNIA:

19       WHEREAS Plaintiff has filed a verified Complaint stating a maritime cause of action

20  against defendant Seaplus Line Co. Ltd. ("Seaplus"), alleging that Seaplus is liable to Plaintiff in

21  the amount of $492,617.75, and praying for issuance of maritime attachment and garnishment;

22  and

23       WHEREAS the Complaint is supported by Declarations stating that Seaplus cannot be

24  found in this District;

25       NOW, THEREFORE, we empower and command you to attach and take into possession

26  the property of Seaplus in the hand of the following garnishee, up to the amount of $492,617.75:

27       Funds, credits, bank accounts, electronic funds transfers, and other assets belonging to

28  Seaplus and/or to which Seaplus is entitled, which are located at or held by Union Bank of

                                      – 1 –

PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT
Case No.
G:\24147.179\Pleadings\Attachment.doc

1   California, 400 California Street, San Francisco, California 94104, or which Union Bank holds

2   as a fiduciary for Seaplus.

3          Upon order of the Court pursuant to the Federal Rules of Civil Procedure, Supplemental

4   Admiralty Rule B(1)(d)(ii), a private party may serve this process and other pleadings in this

5   action in lieu of service by you.

6   DATED:  September ___, 2005                    Clerk, United States District Court
                                                   for the Northern District of California
7

8                                                  By_____
9                                                       Deputy Clerk

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT
Case No.
G:\24147.179\Pleadings\Attachment.doc