EMARD, DANOFF, PORT & TAMULSKI, LLP
Eric Danoff (State Bar #60915)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: edanoff@edptlaw.com

Attorneys for Plaintiff
PRECIOUS WISHES LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECIOUS WISHES LIMITED,<br><br>   Plaintiff,<br><br>   vs.<br><br>SEAPLUS LINE CO. LTD.,<br><br>   Defendant. | No.: C 05 3558<br><br>[PROPOSED] ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT |

The Court has reviewed the Complaint requesting issuance of process of maritime attachment and garnishment, and the Declarations of Eric Danoff and Andrei Ustinov supporting the Application for such process. The Court finds that the conditions for maritime attachment and garnishment set forth in FRCP Supplemental Admiralty Rule B appear to exist. It is therefore ordered that:

The Clerk of this Court shall forthwith issue process of maritime attachment and garnishment as prayed for in the Complaint;

Any person claiming an interest in the property attached or garnished shall be entitled upon application to the Court to a prompt hearing at which the Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and

///

///

- 1 -
ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT
Case No.
G:\24147.179\Pleadings\Attachment-Order.doc

1 | A copy of this Order shall be attached and served with the process of maritime
2 | attachment and garnishment.
3 |
4 | DATED: September 6, 2005

JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

- 2 -
ORDER FOR ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT
Case No.
G:\24147.179\Pleadings\Attachment-Order.doc

EMARD, DANOFF, PORT
& TAMULSKI, LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105