EMARD, DANOFF, PORT & TAMULSKI, LLP
Eric Danoff (State Bar #60915)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415-227-9455
Facsimile: 415-227-4255
E-Mail: edanoff@edptlaw.com

Attorneys for Plaintiff
PRECIOUS WISHES LIMITED

E-File
Chamber's Copy

FILED
DEC 27 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRECIOUS WISHES LIMITED,<br><br>    Plaintiff,<br><br>vs.<br><br>SEAPLUS LINE CO. LTD.,<br><br>    Defendant. | No.:   C 05-03558 MJJ<br><br>**NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), plaintiff Precious Wishes Limited dismisses the Complaint in this action without prejudice.

DATED: December 20, 2005                    EMARD, DANOFF, PORT & TAMULSKI LLP


By _____/s/_____
        Eric Danoff
Attorneys for Plaintiff
PRECIOUS WISHES LIMITED


IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
12/27/2005
DATE

- 1 -

NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE
Case No. C 05-03558 MJJ
G:\24147.179\Pleadings\Dismissal.doc